| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>JOVAN BLACKNELL (SBN 237162)<br>LAW OFFICE OF J. BLACKNELL<br>200 Corporate Pointe, Suite 495<br>Culver City, CA 90230<br>Phone: (310) 469-9117; Fax: (310) 388-3765<br>Email: jovan@fight4justice.com<br><br>ATTORNEY(S) FOR: Plaintiffs | CLEAR FORM |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garry Matthews, et al.,<br><br>Plaintiff(s),<br>v.<br>City of Los Angeles, et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-02944-FLA-PD<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Garry Matthews | Plaintiff |
| Dominic Hunn | Plaintiff |
| City of Los Angeles | Defendant |
| Los Angeles Board of Police Commissioners | Defendant |
| Los Angeles Police Department | Defendant |

| | |
|---|---|
| May 6, 2022 | /s/ Jovan Blacknell |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES