# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garry Matthews, et al.<br><br>PLAINTIFF(S)<br>v.<br>City of Los Angeles, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-cv-02944-FLA-PD<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| May 10, 2022 | 16 | Motion to Amend/Correct |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

- ☐ The document is accepted as filed
- ☑ The document is stricken ~~and counsel is ordered to file an amended or corrected document by~~ _____ .
- ☐ The hearing date has been rescheduled to _____ at _____
- ☐ Other

Clerk, U.S. District Court

Dated: May 12, 2022      By: /s/ T. Freeman
                             Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge