MICHAEL N. FEUER, City Attorney (SBN 111529x)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Supervising City Attorney (SBN 229424)
BENJAMIN CHAPMAN, Deputy City Attorney (SBN 234436)
benjamin.chapman@lacity.org
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Telephone Number:  213.978.7556
Facsimile Number: 213.978.8214

Attorneys for Defendants,
CITY OF LOS ANGELES,
LOS ANGELES POLICE DEPARTMENT, and
LOS ANGELES BOARD OF POLICE COMMISSIONERS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| GARRY MATTHEWS and DOMINIC ROSS HUNN, individually and as class representatives,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, AND LOS ANGELES BOARD OF POLICE COMMISSIONERS,<br><br>Defendants. | Case No.: 22-cv-02944-FLA-PD<br><br>**STIPULATION PURSUANT TO LOCAL RULE 7-1 REGARDING THE CITY OF LOS ANGELES'S MOTION TO DISMISS AND THE SCHEDULING CONFERENCE**<br><br>Action Filed: 05/03/2022 |

Pursuant to Local Rule 7-1, Plaintiffs and the City of Los Angeles (the "City"), through their attorneys of record, enter into the following stipulation regarding the City's previously filed motion to dismiss:

Whereas, on June 16, 2022, the City filed a motion to dismiss the Plaintiffs' Complaint (ECF Nos. 23-24), which is scheduled to be heard on July 29, 2022;

Whereas, given the hearing date for the City's motion to dismiss, the Court set a Scheduling Conference for the same date, July 29, 2022, at 1:00 p.m.

Whereas, on or about June 23, 2022, the United States Supreme Court issued a decision in *New York State Rifle & Pistol Association, Inc. et al. v. Bruen Superintendent of New York State Police, et al.*, wherein the United States Supreme Court held that New York State's "proper cause" requirement to obtain a license to carry a handgun outside the home is unconstitutional;

Whereas, on June 27, 2022, the parties met and conferred regarding the impact of that decision on this case;

Whereas, the parties have agreed that the City will withdraw its presently filed motion to dismiss (ECF Nos. 23-24), and will file a new motion to dismiss;

NOW THEREFORE, for judicial economy, the parties stipulate as follows:

1. The City's motion to dismiss (ECF Nos. 23-24) shall be withdrawn;
2. The City shall file a new motion to dismiss the Complaint no later than August 1, 2022;
3. Plaintiffs shall file their response to the motion to dismiss no later than September 12, 2022.
4. The City shall file its reply in support of the motion to dismiss or otherwise respond to Plaintiffs' response no later than September 30, 2022.
5. The City's motion to dismiss will be heard on October 14, 2022, at 1:30 p.m., or another date convenient for the Court.
6. The Scheduling Conference, previously set for July 29, 2022, is rescheduled for October 14, 2022 at 1:00 p.m., or another date convenient for the Court.

Accordingly, the parties respectfully request that the Court adopt the proposed order granting the stipulation described herein.

Dated:  July 5, 2022            OFFICE OF THE CITY ATTORNEY OF LOS ANGELES

By:
   */s/ Benjamin Chapman*
Benjamin Chapman

Attorneys for Defendants,
CITY OF LOS ANGELES,
LOS ANGELES POLICE DEPARTMENT,
and LOS ANGELES BOARD OF POLICE COMMISSIONERS

Dated:  July 5, 2022            LAW OFFICE OF JOVAN BLACKNELL

By:
   */s/ Jovan Blacknell*
Jovan Blacknell

Attorneys for Plaintiffs

Dated:  July 5, 2022            LAW OFFICE OF WILLIAM CLAIBORNE

By:
   */s/ William Claiborne*
William Claiborne

Attorneys for Plaintiffs

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.