1  JOVAN BLACKNELL (SBN 237162)
2  Email: jovan@fight4justice.com
3  Attorney for Plaintiffs, Garry Matthews, Dominic Ross Hunn, and Jamar Hearns
4  LAW OFFICE OF J. BLACKNELL
5  200 Corporate Pointe, Suite 495
6  Culver City, CA 90230
7  Phone: (310) 469-9117; Fax: (310) 388-3765
8  Attorney for Plaintiffs
9
10 WILLIAM CLAIBORNE
11 Pro hac vice
12 Email: claibornelaw@gmail.com
13 Attorney for Plaintiffs, Garry Matthews, Dominic Ross Hunn, and Jamar Hearns
14 ClaiborneLaw
15 717 D Street N.W., Ste 300
16 Washington, DC 20004-2815
17 Phone: (202) 824-0700
18 Attorney for Plaintiffs

19                  UNITED STATES DISTRICT COURT
20            CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
21

| GARRY MATTHEWS, DOMINIC ROSS HUNN, and JAMAR HEARNS individually and as class representatives,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, AND LOS ANGELES BOARD OF POLICE COMMISSIONERS,<br><br>Defendants. | Case No.: 22-cv-02944-FLA-PD<br><br>NOTICE REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>Date: December 2, 2022<br>Time: 1:30 P.M.<br>Ctrm: 6B-First Street Courthouse Judge: Hon. Fernando L. Aenlle-Rocha<br><br>Action Filed: 05/03/2022 |
|---|---|

22

1 **NOTICE**

2 The following cases and argument relating to concurrent causation in § 1983 as to Mr.
3 Matthews claims were omitted from Plaintiffs Opposition [ECF No.] to Defendants' Motion
4 [ECF No. 40] to Dismiss the Amended Complaint.

5 Courts "do not require a plaintiff to show that a policy or practice was the *exclusive* cause
6 of the constitutional deprivation" but may "consider how individual policies or practices interact
7 with one another within the larger system" to determine causation. *Sanchez v. Young Cty.*, 956
8 F.3d 785, 795 (5th Cir.), *cert. denied*, 141 S. Ct. 901 (2020) (emphasis in original); *see also*
9 *Sommers v. City of Santa Clara*, No. 17-4469, 2021 WL 326931 (N.D. Cal. Feb. 1, 2021)
10 (same). This is because a municipality's policies and established practices may be
11 constitutionally inadequate if, when viewed in combination, they have a "mutually enforcing
12 effect that produces the deprivation of a single, identifiable human need." *Wilson v. Seiter*, 501
13 U.S. 294, 304 (1991).

14

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for named Plaintiffs

717 D Street, NW
Ste 300
Washington, DC 20004
Phone 202/824-0700
Email claibornelaw@gmail.com

15

1