HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
**ARLENE N. HOANG, Deputy City Attorney (SBN 193395)**
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Telephone Number:  213.978.7508
Facsimile Number: 213.978.7011
Arlene.Hoang@lacity.org

Attorneys for Defendants,
CITY OF LOS ANGELES,
LOS ANGELES POLICE DEPARTMENT, and
LOS ANGELES BOARD OF POLICE COMMISSIONERS

*Additional Counsel Continued on Following Page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GARRY MATTHEWS and DOMINIC ROSS HUNN, individually and as class representatives,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, AND LOS ANGELES BOARD OF POLICE COMMISSIONERS,<br><br>Defendants. | Case No.: 22-cv-02944-FLA-PD<br><br>**JOINT STATUS REPORT RE: 30(b)(6) DEPOSITION TOPICS [ECF 67]**<br><br>Hon. Fernando L. Aenlle-Rocha<br>Magistrate Judge Patricia Donahue<br><br>Action Filed: 05/03/2022 |

JOVAN BLACKNELL (SBN 237162)
Email: jovan@fight4justice.com
Attorney for Plaintiffs, Garry Matthews, Dominic Ross Hunn, and Jamar Hearns
LAW OFFICE OF J. BLACKNELL
200 Corporate Pointe, Suite 495 Culver City, CA 90230
Phone: (310) 469-9117; Fax: (310) 388-3765
Attorney for Plaintiffs

WILLIAM CLAIBORNE
*Pro hac vice*
Email: claibornelaw@gmail.com
Attorney for Plaintiffs, Garry Matthews, Dominic Ross Hunn, and Jamar Hearns
ClaiborneLaw
717 D Street N.W., Ste 300 Washington, DC 20004-2815
Phone: (202) 824-0700
Attorney for Plaintiffs

Pursuant to the order dated September 20, 2023 [ECF 67], Plaintiffs Garry Matthews, Jamar Hearns, and Dominic Ross Hunn ("Plaintiffs") and Defendant City of Los Angeles ("City") hereby jointly report that the parties have reached agreement concerning the scope of the disputed Topics, numbers 1, 3, 6-8, and 9, and no Local Rule 37 stipulation is necessary to be filed at this time.

DATED: September 28, 2023         WILLIAM CLAIBORNE

                                  By  /s/ William Claiborne
                                      Attorneys for Plaintiffs


DATED: September 28, 2023         HYDEE FELDSTEIN SOTO, City Attorney
                                  DENISE C. MILLS, Chief Deputy City Attorney
                                  SCOTT MARCUS, Chief Assistant City Attorney
                                  GABRIEL S. DERMER, Assistant City Attorney
                                  ARLENE HOANG, Deputy City Attorney

                                  By  /s/ Arlene N. Hoang
                                      ARLENE HOANG
                                      Deputy City Attorney
                                      Attorneys for Defendants

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.