# EXHIBIT B



Jessica Mariani <jessica.mariani@lacity.org>

## Re: Matthews motion to reconsider/ motion for leave to amend
1 message

**William Claiborne** <clairbornelaw@gmail.com>  Tue, Nov 7, 2023 at 5:12 AM
To: Arlene Hoang <arlene.hoang@lacity.org>
Cc: Jessica Mariani <jessica.mariani@lacity.org>, Jovan Blacknell <jovan@fight4justice.com>

Hi Jessica and Arlene

I have given more thought to the motion to reconsider and the motion for leave to amend

I alleged a municipal policy/ practice based on facts I thought I knew at the time of the amended complaint based in part on representations from the City Attorney. I learnt a few weeks before the order granting the motion to dismiss – based on new facts I learnt in discovery – that the policy is different from what I had alleged. I still think it is unconstitutional but I also believe the Judge will still find it constitutional.

**I would like to move to reconsider just the part of the order dismissing without leave to amend so I can move to amend the complaint just to correctly state the facts of what the policy/ practice actually were. these are the only allegations I will change. I plan to attach a copy of the proposed amended complaint and portions of the Penson transcript to the motion to reconsider**

If I do not do this, I will be filing an appeal based on allegations that I know do not accurately reflect the actual policy/ practice in place. So I would get an order based on allegations that do not really state the policy.

If you want to discuss further let me know


Thanks

Chaz

--

William Claiborne
ClaiborneLaw
717 D Street, N.W.
Suite 300
Washington, DC 20004-2815
202-824-0700

William Claiborne
Attorney
ClaiborneLaw
717 D Street, N.W.
Suite 300
Washington, DC 20004-2815
202-824-0700