# EXHIBIT C

**EXHIBIT C** 7



Jessica Mariani <jessica.mariani@lacity.org>

## Re: Matthews v. City of LA cv-22-02944-FLA-PD
1 message

**William Claiborne** <clairbornelaw@gmail.com>  Fri, Oct 13, 2023 at 9:04 AM
To: Arlene Hoang <arlene.hoang@lacity.org>
Cc: Evelyn Rodriguez <evelyn.rodriguez@lacity.org>, Jessica Mariani <jessica.mariani@lacity.org>, Jovan Blacknell <jovan@fight4justice.com>

Hi  Arlene

I felt like we were too far apart on the stipulation, after reviewing your proposals to ever come up with a negotiated stipulation

As far as the extension goes, extended defendants, every courtesy when it came to extensions Requests

The time you describe our result of propounding the discovery requests wood just a couple of months left in the period

If you can't give me The two week extension extension, then let's discuss this with

Judge Donahue

I'm available every day all day

As far as Mr. Hearns's deposition Goes, we still have to resolve. The issue of Weather defendants are going to provide Mr. Hearns with a copy of the CCW file before his deposition, so this would be a good opportunity to discuss all of the issues with Judge Donahue before the deposition.

Thanks, Chaz

On Fri, Oct 13, 2023 at 8:59 AM Arlene Hoang <arlene.hoang@lacity.org> wrote:
> Dear Chaz,
>
> Plaintiffs did not timely request an extension, and therefore all objections have been waived to the discovery requests. Substantive responses only are required to be provided.
>
> While I would under other circumstances absolutely grant your request, Defendants need the responses and documents in advance of deposing Plaintiffs.  Two-weeks from today is October 27, which is at the back end of the week that your clients depositions have been noticed for (October 23-25), and would prejudice Defendants.
>
> Although you advised Magistrate Judge Donahue that Plaintiffs would be seeking a continuance of the trial scheduling order, including the discovery cut-off date, and Defendants provided their revisions to the draft stipulation and proposed order thereon over a week ago, no further activity has occurred with regard to the draft stipulation.  Thus, we are presently bound by the November 13, 2023 cut-off date.
>
> While Defendants are willing to give Plaintiffs a brief extension (i.e., a couple additional days) to provide substantive responses only (no objections) and the responsive documents, under the present circumstances and the prejudice to Defendants, we cannot agree to a two-week extension.
>
>
> Arlene Hoang
> Deputy City Attorney
> Office of the Los Angeles City Attorney
> Business and Complex Litigation Division
> 200 N. Main Street, Room 675
> Los Angeles, CA 90012
> T:  213-978-7508
> F: 213-978-7011
> Arlene.Hoang@lacity.org

**EXHIBIT C**                                                                                                                    **8**

On Fri, Oct 13, 2023 at 8:08 AM William Claiborne <claibornelaw@gmail.com> wrote:
> Thanks Arlene
>
> can you give us an extra two weeks to respond?
>
> thanks
>
> Chaz
>
> William Claiborne
> Attorney
> ClaiborneLaw
> 717 D Street, N.W.
> Suite 300
> Washington, DC 20004-2815
> 202-824-0700
>
>
> On Fri, Oct 13, 2023 at 7:54 AM Arlene Hoang <arlene.hoang@lacity.org> wrote:
>> Please see below
>>
>> Arlene Hoang
>> Deputy City Attorney
>> Office of the Los Angeles City Attorney
>> Business and Complex Litigation Division
>> 200 N. Main Street, Room 675
>> Los Angeles, CA 90012
>> T:  213-978-7508
>> F: 213-978-7011
>> Arlene.Hoang@lacity.org
>>
>>
>> ---------- Forwarded message ---------
>> From: **Evelyn Rodriguez** <evelyn.rodriguez@lacity.org>
>> Date: Thu, Sep 7, 2023 at 11:35 AM
>> Subject: Matthews v. City of LA cv-22-02944-FLA-PD
>> To: <jovan@fight4justice.com>, William Claiborne <claibornelaw@gmail.com>, Arlene Hoang <arlene.hoang@lacity.org>, Jessica Mariani <jessica.mariani@lacity.org>
>>
>>
>> Attached please find:
>> 1.DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF JAMAR HEARNS
>> 2.DEFENDANT'S FIRST SET OF REQUEST FOR PRODUCTION TO PLAINTIFF DOMINIC ROSS HUNN
>> 3.**DEFENDANT'S FIRST SET OF REQUEST FOR PRODUCTION TO PLAINTIFF GARRY MATTHEWS**
>>
>> **Evelyn Rodriguez**
>> Office of the Los Angeles City Attorney
>> Business & Complex Litigation Division 6th Flr. Rm 675
>> 200 N. Main St.
>> Los Angeles, CA 90012
>> Ph: (213) 978-7098

**EXHIBIT C**                                                                 **9**



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client
privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error,
please notify us immediately by e-mail and delete the original message and any attachments without reading or
saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client
privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error,
please notify us immediately by e-mail and delete the original message and any attachments without reading or
saving in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client privilege
and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error,
please notify us immediately by e-mail and delete the original message and any attachments without reading or saving
in any manner.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EXHIBIT C**                                                      **10**