

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

NOV 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 23-3874 |
| Originating Case Number: | 2:22-cv-02944-FLA-PD |
| Short Title: | Matthews, et al. v. City of Los Angeles, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

Docket Number:           23-3874
Originating Case Number: 2:22-cv-02944-FLA-PD

Case Title:              Matthews, et al. v. City of Los Angeles, et al.


**Tuesday, December 5, 2023**
Garry Matthews                          Mediation Questionnaire due
Dominic Ross Hunn                       Mediation Questionnaire due
Jamar Hearns                            Mediation Questionnaire due

**Tuesday, December 12, 2023**
Garry Matthews                          Appeal Transcript Order Due
Dominic Ross Hunn                       Appeal Transcript Order Due
Jamar Hearns                            Appeal Transcript Order Due

**Thursday, January 11, 2024**
Garry Matthews                          Appeal Transcript Due
Dominic Ross Hunn                       Appeal Transcript Due
Jamar Hearns                            Appeal Transcript Due

**Tuesday, February 20, 2024**
Garry Matthews                          Appeal Opening Brief Due
Dominic Ross Hunn                       Appeal Opening Brief Due
Jamar Hearns                            Appeal Opening Brief Due

**Thursday, March 21, 2024**

| | |
|---|---|
| City of Los Angeles | Appeal Answering Brief Due |
| Los Angeles Police Department | Appeal Answering Brief Due |
| Los Angeles Board of Police Commissioners | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**