HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 184079)
SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
**ARLENE N. HOANG, Deputy City Attorney (SBN 193395)**
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Telephone Number: 213.978.7508
Facsimile Number: 213.978.7011
Arlene.Hoang@lacity.org

Attorneys for Defendants,
CITY OF LOS ANGELES,
LOS ANGELES POLICE DEPARTMENT, and
LOS ANGELES BOARD OF POLICE COMMISSIONERS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRY MATTHEWS, DOMINIC ROSS HUNN, and JAMAR HEARNS, individually and as class representatives,<br><br>v.         **PLAINTIFF(S),** | CASE NUMBER<br><br>2:22-cv-02944-FLA (PDx) |
| CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, AND LOS ANGELES BOARD OF POLICE COMMISSIONERS,<br><br>         **DEFENDANT(S)** | **APPLICATION TO THE CLERK TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | | | |
|---|---|---|---|
| Name(s) of party or parties claiming costs: | City of Los Angeles, Los Angeles Police Department, and Los Angeles Board of Police Commissioners | | |
| Judgment entered on: | October 31, 2023 | Docket #: | 75 |
| Names of party(ies) against whom judgment was entered: | Garry Matthews, Dominic Ross Hunn, and Jamar Hearns, individually and as class representatives, | | |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: November 14, 2023     Signature:        /s/

              Name:     Arlene N. Hoang, Deputy City Attorney
           ☒ Attorney of   City of Los Angeles, Los Angeles Police Department,
             Record for:   and Los Angeles Board of Police Commissioners

### COURT USE ONLY

☒ Application GRANTED in whole/part; costs are taxed in the amount of $ 5,997.20.

☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1).

                      ☐ Insufficient supporting documentation provided (L.R. 54-2.1).

                      ☐ Filer is not prevailing party (L.R. 54-1).

Date: December 27, 2023

**Kiry K. Gray, District Court Executive/Clerk of Court**
     By:   *Jeanne C. Wanlass*
          Deputy Clerk

**Case Title:** GARRY MATTHEWS, et al., v. CITY OF LOS ANGELES, et al.; **Case No:** 2:22-cv-02944-FLA (PDx)

# BILL OF COSTS

*The Clerk does not have discretion to tax any item*
*not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| 1 | | **L.R. 54-3.1 Clerk's Fees** *(only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | |
| | | | | | | |
| 2 | | **L.R. 54-3.2 Fees for Service of Process** | | | | |
| | | | | | | |
| 3 | | **L.R. 54-3.3 United States Marshal's Fees** | | | | |
| | | | | | | |
| 4 | | **L.R. 54-3.4 Transcripts of Court Proceedings** *(order or stipulation required and must be attached)* | | | | |
| | | | | | | |
| 5 | | **L.R. 54-3.5 Depositions** *(if order or stipulation required by rule, it must be attached)* | | | | |
| | $5997.20 | Tab 5A - Invoice for reporting services for depo of witness Officer John Byun Tab 5B - Invoice for reporting services for depo of witness Officer Eboni Bryant Tab 5C - Invoice for reporting services for depo of witness Monique Turner Tab 5D - Invoice for reporting services for depo of witness Jamar Hearns [Vol 1] Tab 5E - Invoice for reporting services for depo of witness Garry Sykes Matthews Tab 5F - Invoice for reporting services for depo of witness [Officer] Eric Lloyd Miller Tab 5G - Invoice for reporting services for depo of witness Jamar Hearns [Vol 2] | $5,997.20 | | | |
| 6 | | **L.R. 54-3.6 Witness Fees** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | |
| | | | | | | |
| 7 | | **L.R. 54-3.7 Interpreter's Fees** *(document translation costs are not taxable)* | | | | |
| | | | | | | |
| 8 | | **L.R. 54-3.8 Docket Fees** *(only as provided by 28 U.S.C. § 1823)* | | | | |
| | | | | | | |
| 9 | | **L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers** *(attach appointment order)* | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| 10 | | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | | |
| | (a) | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | | | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | | | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | | | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | | | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | | | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | | | | | | |
| | (g) | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | | | | | | |
| 11 | | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | | |
| | | | | | | | |
| 12 | | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | | | | | | | |
| 13 | | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | | | | | | | |
| 14 | | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | | | | | | | |
| 15 | | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | | |
| | | | | | | | |
| TOTAL | | $5997.20 | | $5,997.20 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** *GARRY MATTHEWS, et al., v. CITY OF LOS ANGELES, et al.*; **Case No:** *2:22-cv-02944-FLA (PDx)*

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate. 28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | **TOTAL** | | | $0.00 |

# TAB 5

TAB 5A

## Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Arlene N. Hoang
Los Angeles City Attorney
Civil Liability Division
200 N Main Street, 6th Floor
Los Angeles, CA, 90012

| | |
|---|---|
| **Invoice #:** | **6681635** |
| **Invoice Date:** | 6/30/2023 |
| **Balance Due:** | **$942.20** |

| Case: Matthews, Garry Et Al. v. City Of Los Angeles (22cv02944FLAPD) | Proceeding Type: Depositions |
|---|---|

Job #: 5965442   |   Job Date: 6/15/2023   |   Delivery: Normal

Location:          Los Angeles, CA

Billing Atty:      Arlene N. Hoang

Scheduling Atty:   William Claiborne Esq | Claiborne Law (DC)

| Witness: Officer John Byun, Serial number 41914 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 139.00 | $4.25 | $590.75 |
| Transcript - Supplemental Surcharges* | 139.00 | $0.65 | $90.35 |
| Exhibits | 193.00 | $0.70 | $135.10 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes: *Supplemental Surcharges Include: Virtual Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$942.20** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$942.20** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

### THIS INVOICE IS 132 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Bank Addr:**311 W. Monroe Chicago, IL 60606<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  6681635**<br><br>**Invoice Date:   6/30/2023**<br><br>**Balance Due:  $942.20** |
|---|---|---|

Pay by Credit Card: www.veritext.com

# TAB 5B

**Veritext, LLC - Mid-Atlantic Region**

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Arlene N. Hoang | Invoice #: | **6926671** |
| | Los Angeles City Attorney | Invoice Date: | **10/26/2023** |
| | Civil Liability Division | Balance Due: | **$729.40** |
| | 200 N Main Street, 6th Floor | | |
| | Los Angeles, CA, 90012 | | |

| **Case: Matthews, Garry Et Al. v. City Of Los Angeles (22cv02944FLAPD)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6158101   |   Job Date: 10/18/2023   |   Delivery: Normal

Location:           Los Angeles, CA

Billing Atty:      Arlene N. Hoang

Scheduling Atty:   William Claiborne Esq | Claiborne Law (DC)

| **Witness: Officer Eboni Bryant - 30(b)(6)** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Transcript Services - Certified Transcript | 122.00 | $4.25 | $518.50 |
| Transcript - Supplemental Surcharges* | 122.00 | $0.65 | $79.30 |
| Exhibits | 8.00 | $0.70 | $5.60 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes:   *Supplemental Surcharges Include: Virtual Proceeding | **Invoice Total:** | **$729.40** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$729.40** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  6926671** |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice Date:   10/26/2023** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Balance Due:   $729.40** |
| Chicago IL 60694-1303 | **Bank Addr:** 311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:** 4353454 **ABA:** 071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

# TAB 5C

**Veritext, LLC - Mid-Atlantic Region**

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Arlene N. Hoang |  |
|---|---|---|
|  | Los Angeles City Attorney | **Invoice #:**  **6926036** |
|  | Civil Liability Division | **Invoice Date:**  **10/24/2023** |
|  | 200 N Main Street, 6th Floor | **Balance Due:**  **$455.00** |
|  | Los Angeles, CA, 90012 |  |

| Case: Matthews, Garry Et Al. v. City Of Los Angeles (22cv02944FLAPD) | Proceeding Type: Depositions |
|---|---|

Job #: 6163975     |     Job Date: 10/19/2023     |     Delivery: Normal

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Arlene N. Hoang |
| Scheduling Atty: | William Claiborne Esq | Claiborne Law (DC) |

| Witness: Monique Turner | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 67.00 | $4.25 | $284.75 |
| Transcript - Supplemental Surcharges* | 67.00 | $0.65 | $43.55 |
| Exhibits | 1.00 | $0.70 | $0.70 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes:   *Supplemental Surcharges Include: Virtual Proceeding | **Invoice Total:** | **$455.00** |
|---|---|---|
|  | **Payment:** | **$0.00** |
|  | **Credit:** | **$0.00** |
|  | **Interest:** | **$0.00** |
|  | **Balance Due:** | **$455.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  6926036**

**Invoice Date:  10/24/2023**

**Balance Due:  $455.00**

Pay by Credit Card: www.veritext.com

85698

TAB 5D

# I N V O I C E

1 of 1



**BEN HYATT**
CERTIFIED DEPOSITION REPORTERS

17835 VENTURA BLVD., SUITE 310  ENCINO, CA  91316
📞 888-272-0022  📞 818-343-7119  **BENHYATT.COM**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1194192 | 11/4/2023 | 1158753 |

| Job Date | Case No. | |
|---|---|---|
| 10/23/2023 | 22-cv-02944-FLA-PD | |

| Case Name |
|---|
| Matthews, Garry vs. City of Los Angeles |

| Payment Terms |
|---|
| Due upon receipt |

Jessica Mariani, Esq.
*Office of the City Attorney - Business & Complex
Litigation
ATT.LEMU@lacity.org
Los Angeles, CA 90012

Jamar Hearns, Volume 1

| | | | | | |
|---|---|---|---|---|---|
| Original and One Certified Copy | 157.00 | Pages | @ | 6.250 | 981.25 |
| Key Word Index | 19.00 | Pages | @ | 0.000 | 0.00 |
| Exhibits / Black & White | 16.00 | Pages | @ | 0.300 | 4.80 |
| Exhibits / Color | 32.00 | Pages | @ | 0.600 | 19.20 |
| Rough ASCII | 151.00 | Pages | @ | 2.850 | 430.35 |
| Per Diem - Half Day | 1.00 | | @ | 325.000 | 325.00 |

**TOTAL DUE   >>>**                                       **$1,760.60**

Client Matter No. : C – 140393
Location of Job    : ALL PARTIES APPEARING REMOTELY VIA ZOOM

Payment is not contingent upon any third-party reimbursement. Payments after 30 days shall bear a compounded monthly interest rate of 1.5%. Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees.
**We accept all major credit cards. If you would like to pay with a credit card, please send a request to settings@benhyatt.com with the invoice number(s) and we will forward the credit card link.**
Thank you for using Ben Hyatt Certified Deposition Reporters.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,760.60** |

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Jessica Mariani, Esq.
*Office of the City Attorney - Business & Complex
Litigation
ATT.LEMU@lacity.org
Los Angeles, CA 90012

| | |
|---|---|
| Invoice No. | : 1194192 |
| Invoice Date | : 11/4/2023 |
| **Total Due** | : **$1,760.60** |

Remit To: **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA 91316**

| | |
|---|---|
| Job No. | : 1158753 |
| BU ID | : 1-HYATT |
| Case No. | : 22-cv-02944-FLA-PD |
| Case Name | : Matthews, Garry vs. City of Los Angeles |

# TAB 5E

# INVOICE

1 of 1



**BEN HYATT**
CERTIFIED DEPOSITION REPORTERS

17835 VENTURA BLVD., SUITE 310  ENCINO, CA  91316
📞 888-272-0022   📞 818-343-7119  **BENHYATT.COM**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1194350 | 11/10/2023 | 1158754 |

| Job Date | Case No. | |
|---|---|---|
| 10/24/2023 | 22-cv-02944-FLA-PD | |

| Case Name | |
|---|---|
| Matthews, Garry vs. City of Los Angeles | |

| Payment Terms |
|---|
| Due upon receipt |

Jessica Mariani, Esq.
*Office of the City Attorney - Business & Complex
Litigation
ATT.LEMU@lacity.org
Los Angeles, CA 90012

Garry Sykes Matthews

| | | | | |
|---|---|---|---|---|
| Original and One Certified Copy | 82.00 Pages | @ | 6.250 | 512.50 |
| Key Word Index | 12.00 Pages | @ | 0.000 | 0.00 |
| Exhibits / Black & White | 23.00 Pages | @ | 0.300 | 6.90 |
| Exhibits / Color | 26.00 Pages | @ | 0.600 | 15.60 |
| Rough ASCII | 77.00 Pages | @ | 2.850 | 219.45 |
| Per Diem - Half Day | 1.00 | @ | 325.000 | 325.00 |

**TOTAL DUE  >>>**                                 **$1,079.45**

Client Matter No. : C – 140393
Location of Job   : ALL PARTIES APPEARING REMOTELY VIA ZOOM

Payment is not contingent upon any third-party reimbursement. Payments after 30 days shall bear a compounded monthly interest rate of 1.5%. Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees.
**We accept all major credit cards. If you would like to pay with a credit card, please send a request to settings@benhyatt.com with the invoice number(s) and we will forward the credit card link.**
Thank you for using Ben Hyatt Certified Deposition Reporters.

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Jessica Mariani, Esq.
*Office of the City Attorney - Business & Complex
Litigation
ATT.LEMU@lacity.org
Los Angeles, CA 90012

Invoice No.   : 1194350
Invoice Date  : 11/10/2023
**Total Due**   : **$1,079.45**

Remit To: **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA 91316**

Job No.     : 1158754
BU ID       : 1-HYATT
Case No.    : 22-cv-02944-FLA-PD
Case Name   : Matthews, Garry vs. City of Los Angeles

TAB 5F

## Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Arlene N. Hoang | | |
|---|---|---|---|
| | Los Angeles City Attorney | **Invoice #:** | **6950776** |
| | Civil Liability Division | **Invoice Date:** | **11/6/2023** |
| | 200 N Main Street, 6th Floor | **Balance Due:** | **$1,471.94** |
| | Los Angeles, CA, 90012 | | |

| **Case: Matthews, Garry Et Al. v. City Of Los Angeles (22cv02944FLAPD)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6280287    |    Job Date: 10/26/2023    |    Delivery: Expedited

| | |
|---|---|
| Location: | Bakersfield, CA |
| Billing Atty: | Arlene N. Hoang |
| Scheduling Atty: | William Claiborne Esq | Claiborne Law (DC) |

| Witness: Eric Lloyd Miller | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 142.00 | $4.25 | $603.50 |
| Transcript Services - Certified Transcript - Priority Request | 142.00 | $3.92 | $556.64 |
| Transcript - Supplemental Surcharges* | 142.00 | $0.65 | $92.30 |
| Exhibits | 55.00 | $0.70 | $38.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $55.00 | $55.00 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes:    *Supplemental Surcharges Include: Virtual Proceeding | **Invoice Total:** | **$1,471.94** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,471.94** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #:  6950776** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | |
| Chicago IL 60694-1303 | **Bank Addr:** 311 W. Monroe Chicago, IL 60606 | **Invoice Date:  11/6/2023** |
| Fed. Tax ID: 20-3132569 | **Account No:** 4353454 **ABA:** 071000288 | **Balance Due:  $1,471.94** |
| | **Swift:** HATRUS44 | |

**Pay by Credit Card: www.veritext.com**

85698

TAB 5G

# Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jessica A. Mariani | | |
|---|---|---|---|
| | Los Angeles City Attorney | **Invoice #:** | **6976689** |
| | 200 North Main Street | **Invoice Date:** | **11/13/2023** |
| | 6th Floor, City Hall East | **Balance Due:** | **$456.50** |
| | Los Angeles, CA, 90012 | | |

| **Case: Matthews, Garry Et Al. v. City Of Los Angeles (22cv02944FLAPD)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 6284875    |    Job Date: 10/27/2023   |   Delivery: Normal

Location:          Bakersfield, CA

Billing Atty:      Jessica A. Mariani

Scheduling Atty:   William Claiborne Esq | Claiborne Law (DC)

| Witness: Jamar Hearns | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 55.00 | $4.45 | $244.75 |
| Transcript - Supplemental Surcharges* | 55.00 | $0.65 | $35.75 |
| Witness Read and Sign Services | 1.00 | $50.00 | $50.00 |
| Litigation Package - Secure File Suite | 1.00 | $58.00 | $58.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $33.00 | $33.00 |

| Notes:   *Supplemental Surcharges Include: Virtual Proceeding | **Invoice Total:** | **$456.50** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$456.50** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:  6976689** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   11/13/2023** |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | **Balance Due:   $456.50** |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com