HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Ass't City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
ARLENE N. HOANG, Deputy City Attorney (SBN 193395)
JESSICA MARIANI, Deputy City Attorney (SBN 280748)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Telephone Number: 213.978.7508
Facsimile Number: 213.978.7011
Arlene.Hoang@lacity.org

JOVAN BLACKNELL (SBN 237162)
Email: jovan@fight4justice.com
Attorney for Plaintiffs, Dominic Ross Hunn and Jamar Hearns
LAW OFFICE OF J. BLACKNELL
200 Corporate Pointe, Suite 495
Culver City, CA 90230
Phone: (310) 469-9117; Fax: (310) 388-3765
Attorney for Plaintiffs

(*Add'l counsel on next page*)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

DOMINIC ROSS HUNN, and JAMAR HEARNS, individually and as class representatives,

Plaintiffs,

vs.

CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, AND LOS ANGELES BOARD OF POLICE COMMISSIONERS,

Defendants.

Case No.: 22-cv-02944-FLA-MAR(x)

**NOTICE OF SETTLEMENT; JOINT STIPULATION TO STAY THE CASE TO IMPLEMENT SETTLEMENT [L.R. 7-1 and 16-14]**

**Action Filed: 05/03/2022**

**Judge: Hon. Fernando L. Aenlle-Rocha**

WILLIAM CLAIBORNE
*Pro hac vice*
Email: claibornelaw@gmail.com
Attorney for Plaintiffs, Dominic Ross Hunn and Jamar Hearns
ClaiborneLaw
717 D Street, N.W.
Ste 300
Phone: (202) 824-0700
Attorney for Plaintiffs

**NOTICE OF PROPOSED SETTLEMENT**

Pursuant to L.R. 16-15.7 (Report of Settlement) and Section IV(B) of this Court's Procedures that are posted online, the Parties hereby notify the Court that a proposed settlement has been reached in this matter in that all Parties have accepted the Mediator, Hon. Margaret Morrow, Ret.'s, Settlement Proposal. Please also see October 22, 2026 email of William Claiborne to the Court Deputy Clerk. The proposed settlement is subject to the Court's approval pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

The parties are in the process of documenting the terms of the settlement in a written agreement pursuant to Pursuant to L.R. 16-15.7. The Parties request a stay of all proceedings in the case except as necessary to determine and implement the proposed settlement, including resolution of all necessary motions for preliminary and, if applicable, final approval of the settlement (or in the unlikely event that the parties do not ultimately agree on final terms, a statement from either side that the parties have been unable to agree on the final settlement terms).

Because in the event that a stay is not entered, Plaintiffs must begin drafting the summary judgment immediately in order to file it by the deadline set in the Scheduling Order, November 13, 2026, (ECF 97) at ECF p. 4, the Parties request that the court treat the request for a stay as an urgent request.

**JOINT STIPULATION**

Pursuant to Local Rules 7-1 and 16-14, the court's November 25, 2025 Scheduling and Trial Order (ECF No. 97), and the court's July 7, 2026 Order Granting Motion to Extend Deadline to File Motion for Class Certification as Modified (ECF No. 108), Plaintiffs DOMINIC ROSS HEARNS and JAMAR HEARNS (collectively "Plaintiffs") and Defendants, CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT AND LOS ANGELES BOARD OF POLICE COMMISSIONERS (collectively "the City"), by and through their respective attorneys of record, enter into the following stipulation:

**RECITALS**

WHEREAS, on July 23, 2026, the Parties participated in a private mediation with the Hon. Margaret M. Morrow, Ret., which resulted in Judge Morrow issuing a mediator's proposal that remained open for 90 days to permit full consideration of the mediator's proposal by all the Parties at all the required levels of review;

WHEREAS, on October 22, 2026, both parties accepted the Mediator's Proposal subject to both the Court's approval pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, and finalizing a written settlement agreement. The parties are in the process of documenting the terms of the settlement agreement pursuant to L.R. 16-15.7 (Report of Settlement);

WHEREAS, Pursuant to L.R. 16-15.7 (Report of Settlement) and Section IV(B) of this Court's Procedures that are posted online, Plaintiffs' counsel notified the Court via email on October 22, 2026 that both sides have accepted the Mediator's Proposal;

WHEREAS, pursuant to the Scheduling Order (ECF 97) at ECF p. 4, multiple pre-trial and trial deadlines are impending. These include:

- Deadline to File Motion for Summary Judgment: November 13, 2026
- Last Date to Hear Motions: December 18, 2026
- Trial Filings (first round): January 15, 2027
- Trial Filings (second round): January 29, 2027
- Final Pretrial Conference and Hearing on Motions in Limine: February 12, 2027
- Jury Trial: March 2, 2027

WHEREAS, Plaintiffs' Motion for Class Certification (ECF 112) was taken under submission by the Court on September 30, 2026 (ECF 130), and Plaintiffs' Motion to Strike (ECF 125) was taken under submission by the Court on October 13, 2026 (ECF 131), and no decision has yet been entered on either motion.

WHEREAS, the Parties wish to avoid incurring further attorneys' fees, costs, and resources associated with litigating this matter, including Plaintiffs' anticipated motion

for summary judgment motion, and instead to devote the time and resources towards efforts to finalize the proposed settlement in this matter, including memorializing the terms of the settlement pursuant to L.R. 16-15.7 (Report of Settlement), and to Plaintiffs preparing, negotiating and filing their Motion for Preliminary Approval and any other settlement papers;

WHEREAS, the Parties believe good cause exists for the court to stay all proceedings in the case except as necessary to determine and implement the proposed settlement, including hearing and ruling on Plaintiffs' anticipated motions for preliminary and final approval;

WHEREAS, Plaintiffs expect they will be in position to file their Motion for Preliminary Approval on or by December 4, 2026 providing the Court enters the stay so Plaintiffs do not need to prepare a summary judgment motion by November 13, 2026.

**STIPULATION**

Based upon the foregoing facts, and good cause existing therefor, the Parties hereby stipulate and request a stay of all proceedings in the case except as necessary to implement the proposed settlement, including the court hearing and deciding Plaintiffs' motions for preliminary and final approval (or in the unlikely event that the parties do not ultimately agree on final terms, a statement from either side that the parties have been unable to agree on the final settlement terms).

The Parties further stipulate that Plaintiffs' Motion for Preliminary Approval will be filed no later than December 4, 2026.

IT IS SO STIPULATED.

DATED: November 5, 2026

LAW OFFICE OF JOVAN BLACKNELL
By: /s/
Jovan Blacknell,
Attorneys for Plaintiffs

DATED: November 5, 2026

LAW OFFICE OF WILLIAM CLAIBORNE
By: ___/s/_________________________
William Claiborne,
Attorneys for Plaintiffs

DATED: November 5, 2026

HYDEE FELDSTEIN SOTO, City Attorney
By: _/s/____________________________
Arlene N. Hoang
Deputy City Attorney,
Attorneys for Defendants

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.